# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| WIRELESS MONITORING SYSTEMS LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SIMPLISAFE, INC.<br><br>Defendants. | § § § § § § § § § § § § | Case No: 2:16-cv-1241-JRG-RSP |
| WIRELESS MONITORING SYSTEMS LLC,<br><br>Plaintiff,<br><br>vs.<br><br>MIVATEK INTERNATIONAL, INC.<br><br>Defendants. | § § § § § § § § § § § § § | Case No: 2:16-cv-1238-JRG-RSP |

## ORDER GRANTING UNOPPOSED MOTION TO STAY ALL DEADLINES

On this date came for consideration Plaintiff Wireless Monitoring Systems, LLC's Unopposed Motion to Stay All Deadlines and Notice of Settlement. The Court, having considered the motion, finds that it should be granted in order to provide time for Wireless Monitoring Systems, LLC and Mivatek International, Inc. to finalize an agreement resolving the claims between them.

It is therefore ORDERED that the Unopposed Motion to Stay All Deadlines is GRANTED.

It is further ORDERED that all deadlines among Wireless Monitoring Systems, LLC and Mivatek International, Inc. are stayed to and including February 27, 2017. If a motion to dismiss has not been filed by February 27, 2017, the parties are ORDERED to appear for a status conference on February 28, 2017, at 9:00 a.m.

**SIGNED this 30th day of January, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE